## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, **Nicole Osterman**, being duly sworn, depose and state:

## INTRODUCTION

1. I am a Special Agent with Homeland Security Investigations (HSI), Immigration and Customs Enforcement, United States Department of Homeland Security, and have served in this capacity since April 2023. I possess seven years of federal law enforcement experience and have been employed by the Department of Homeland Security for a total of ten years. In addition, I possess both a bachelor's and a master's degree in criminal justice science.

2. I am currently assigned to the San Juan, Puerto Rico office working with the Human Exploitation Investigations Group (HEIG). I investigate criminal violations related to child exploitation and child pornography, including but not limited to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2251 (production of child pornography), Title 18, United States Code, 2252A(a)(5)(B) (possession of child pornography material), and Title 18, United States Code, and 2252A(a)(2) (receipt/distribution of child pornography material).

## PURPOSE

3. This Affidavit is made in support of an application for a Criminal Complaint for **Alejandro MORALES-Varela** for violations of Title 18, United States Code, Sections 2251 (production of child pornography), 2252A(a)(5)(B) (possession of child pornography material), 2252A(a)(2) (receipt/distribution of child pornography material).

1

## PARAMETERS

4. The facts set forth in this Affidavit are based on my personal observations and information provided to me by other law enforcement officers and individuals. Because I submit this Affidavit for the limited purpose of showing probable cause, I have not included each fact that I have learned in this investigation in this Affidavit. Rather, I have set forth only facts sufficient to establish probable cause to issue a Criminal Complaint for Alejandro MORALES-Varela. Additionally, unless indicated otherwise, all statements and conversations described herein are relayed in substance and in part only, rather than verbatim.

## RELEVANT FACTUAL ALLEGATIONS

5. On June 25, 2026, HSI Agents obtained and executed a federal search warrant for the cellular phone device of Alejandro MORALES-Varela and his person at MORALES-Varela's workplace in Arecibo, Puerto Rico. HSI Agents located MORALES-Varela at his workplace and recovered, from his person, an iPhone 12 Pro Max cellular phone with internet capabilities, manufactured outside of Puerto Rico (hereinafter, the DEVICE), assigned phone number 787-xxx-9944.

6. During the execution of the above search warrant, HSI Special Agents advised MORALES-Varela of his constitutional rights, as per Miranda. MORALES-Varela stated that he understood his rights, signed a waiver, and agreed to be interviewed by HSI Agents.

7. During the interview, MORALES-Varela told HSI Special Agents, in part and not verbatim, that:

2

- His cellular phone number is 787-xxx-9944, and he has been the user of this number for more than five years.

- He has received child pornography files on his Telegram account, which he created using phone number 787-xxx-9944.

- He has shared child pornography, primarily via his Telegram account associated with his phone number.

- He is aware that the electronic links, images, and videos he possessed and shared is child pornography and that it is illegal. When asked to describe the age range of the minors depicted in the child pornography links, videos, and images he possessed and shared he stated as young as 5-7 years old.

- He took sexually explicit photos of a minor and sent it to another individual on Telegram because it sexually aroused them both, and he was aware that the recipient also had interest in child pornography material.

8. MORALES-Varela further provided the password for access to the DEVICE.  The DEVICE was verified and found to have access to Telegram, which is a cloud-based storage and instant messaging application available for iOS and Android devices. A user creates an account with a login and can upload media content to their account. A preliminary search of MORALES-Varela cellular device revealed, in part, the following:

   a. Examination of MORALES-Varela's Telegram account profile displayed his phone number as 787-xxx-9944. The Telegram application on his DEVICE contained a chat conversation involving the receipt, distribution and possession of videos and images depicting minors engaged in sexually explicit conduct.  Based on the overall

3

size of the children's body, childlike features, lack of pubic hair and breast development, the age range of the children depicted in the media files appear to be infants to approximately fourteen years old.

b. Most of the images, videos, and links shared are child pornography as defined in 18 U.S.C. 2256(8)(A), including prepubescent minors engaging in penetrative sexual acts with adults.

9. The following is a description of a photo sent by MORALES-Varela in the Telegram chat conversation on May 15, 2026, during his conversation with another individual:

c. A photo of an approximate 5–7-year-old minor male naked, in a bathroom shower setting. The photo depicts the male minor sitting displaying his buttocks and genitals as he lays back playing in the shower.

10. The following is a description of videos found in the Telegram chat conversation on May 30, 2026, on the MORALES-Varela cellular device, in a conversation with another individual:

d. A video approximately twenty (20) seconds in length depicting an approximate 7–9-year-old minor male laying on his back naked. The video depicts an adult male with a condom placed on his erect penis. The video depicts the minor male as he proves manual stimulation to the adult's genitals.

e. A video approximately six (6) seconds in length depicting an approximate 8–11-year-old minor male with a red shirt and blue shorts. The video depicts the male minor lifting his clothing to display his erect penis, and buttocks.

4

f.  A video approximately three (3) minutes and twenty-two (22) seconds in length displaying an approximate 8–10-year-old minor male removing his clothes in front of the camera and showing himself completely naked.  The entirety of the video depicts the male minor displaying his genitals and masturbating as he poses for the camera.

## CONCLUSION

13. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that Alejandro MORALES-Varela committed violations of: Title 18, United States Code, Sections 2251 (production of child pornography), 2252A(a)(5)(B) (possession of child pornography material), 2252A(a)(2) (receipt/distribution of child pornography material).

Respectfully Submitted.

_____

Nicole Osterman
Special Agent
Homeland Security Investigations

Subscribed and sworn before me, in San Juan, Puerto Rico, on this 26th day of June 2026.

at 9:54 am

_____

Giselle López Soler
United States Magistrate Judge
District of Puerto Rico

5